

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Dontavious Dishawn Haney, Appellant | Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0133-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating. |
| No. 06-21-00094-CR       v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment by changing the notation under the heading "Findings on Deadly Weapon" from "N/A" to "YES." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Dontavious Dishawn Haney, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk